IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REIDAR CARROLL ARDEN** *Plaintiff* | : : : | CIVIL ACTION NO. 13-5596 |
| v. | : : | |
| **UNITED STATES OF AMERICA** *Defendant* | : : | |

## ORDER

**AND NOW,** this 3rd day of July 2014, upon consideration of the *motion to dismiss the complaint* filed by Defendant United States of America ("Defendant") [ECF 9], the response in opposition of Plaintiff Reidar Carroll Arden ("Plaintiff") [ECF 13], the reply of Defendant [ECF 14], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**. Plaintiff's claims are dismissed, without prejudice, for failure to exhaust administrative remedies.

The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.